McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for defendant
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE VALENZUELA, | Case No. 1:07-cv-01045 OWW SMS |
| Plaintiff, | |
| v. | **STIPULATION TO ATTEND EARLY SETTLEMENT CONFERENCE AND STAY DISCOVERY PENDING OUTCOME OF SAME; ORDER** |
| ELOISE KELSEY and UNITED STATES DEPARTMENT OF AGRICULTURE and DOES 1 to 30, | |
| Defendants. | |

As specified below, plaintiff Jorge Valenzuela and defendant United States of America ("the parties")[1] stipulate, by and through the undersigned counsel, to participate in an early settlement conference with Magistrate Judge Sandra M. Snyder, as well as stay discovery pending the outcome of the same.

The parties base this stipulation on good cause. This case stems from a two-vehicle automobile accident. The parties have commenced discovery and unearthed significant information about both liability and damages. As a result, counsel for the parties

---

[1] Plaintiff named the "United States Department of Agriculture" as defendant in this Federal Tort Claims Act action. However, the only proper federal defendant in a tort case alleged against it is the United States. 28 U.S.C. §1346(b)(1).

1

have also discussed case resolution issues to the point of obtaining a mutual, reasonable confidence that an early settlement conference and stay of discovery pending resolution of the same would be both productive, as well as avoid significant time and expense to both the parties and the Court.

The parties have communicated with Magistrate Judge Snyder's chambers about participating in an expedited settlement conference, and have learned that she is available to hold it on June 18, 2008 at 10:00 a.m.[2]  Based on the above-stated good cause, the parties respectfully request the court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Settlement Conference | September 16, 2008 | **June 18, 2008 @10:00 a.m.** |
| Discovery Deadline | May 9, 2008 | **Stayed pending resolution of settlement conference** |

Dated: May 9, 2008                                       May 12, 2008

                    Respectfully submitted,

Wagner & Jones, LLP                         McGREGOR W. SCOTT
                                            United States Attorney

(As authorized 5/9/08)
/s/Christine M. Adams                       /s/ Brian W. Enos
NICHOLAS BUTCH WAGNER                       BRIAN W. ENOS
C.M. ADAMS                                  Attorneys for Defendant
Attorneys for Plaintiff

IT IS SO ORDERED.

**Dated:   May 14, 2008**                      **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE