McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for defendant
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE VALENZUELA,<br><br>        Plaintiff,<br><br>  v.<br><br>ELOISE KELSEY and UNITED STATES DEPARTMENT OF AGRICULTURE and DOES 1 to 30,<br><br>        Defendants. | Case No. 1:07-cv-01045 OWW SMS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER THEREON** |

    Plaintiff JORGE VALENZUELA and defendant UNITED STATES OF AMERICA, by and through undersigned counsel, hereby stipulate to dismissal of the action with prejudice, pursuant to a Settlement Agreement entered into by the parties as well as Fed. R. Civ. Proc. 41(a).  As noted in the Settlement Agreement, each party shall bear their/its own costs.

    The parties request that the Court retain jurisdiction to enforce the Settlement Agreement if necessary.

///

///

///

```
Dated: August 26, 2008                  August 26, 2008

                      Respectfully submitted,

Wagner & Jones, LLP                     McGREGOR W. SCOTT
                                        United States Attorney


 /s/C.M. Adams                          /s/ Brian W. Enos
NICHOLAS BUTCH WAGNER                   BRIAN W. ENOS
C.M. ADAMS                              Attorneys for Defendant
Attorneys for Plaintiff
```

IT IS SO ORDERED.

**Dated:   August 27, 2008**                    **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE